14-13-01035-CR

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

MAR 31 2015

CHRISTOPHER A. PRINE
CLERK

## Cause No. 1371576

| | | |
|---|---|---|
| Glenn Lloyd Kingham | ) | In the 230th District Court |
| | ) | |
| v. | ) | Harris County |
| | ) | |
| State | ) | Texas |

## Ex Parte
## Motion to Withdraw as Counsel

The undersigned counsel, Melissa Martin, moves the Court to grant her permission to withdraw from the above-styled cause.

This Court appointed counsel to represent Mr. Kingham on appeal from his conviction on November 7, 2013. Mr. Kingham's conviction was affirmed by the Fourteenth Court of Appeals on December 23, 2014 and the mandate has issued.

For the above reason, counsel asks the Court for permission to withdraw.

Respectfully submitted,

**ALEXANDER BUNIN**
Chief, Harris County Public Defender's Office

/s/

MELISSA MARTIN
Assistant Public Defender
TX. Bar No. 24002532
1201 Franklin St., 13th Fl.
Houston, TX 77002
email: melissa.martin@pdo.hctx.net
713/274-6709 Fax 713/437-4319

FILED
Chris Daniel
District Clerk

MAR 25 2015

Time: _____
Harris County, Texas

By _____
Deputy

## Cause No. 1371576

| | | |
|---|---|---|
| Glenn Lloyd Kingham | ) | In the 230th District Court |
| | ) | |
| v. | ) | Harris County |
| | ) | |
| State | ) | Texas |

### Order

Having considered the above motion to withdraw as counsel, the Court finds that the motion should be GRANTED/DENIED.

It is so ordered.

Done in Houston, Texas on March 25, 2015.

Presiding Judge

MAR 2 5 2015